# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA

v.

MICHEAL JEREMIAH JACK M. INESS

Case No. 6:25-MJ-00055-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and report an alleged violation of law, no matter how minor to the court within seven (7) days of being cited for any alleged violation of law; The defendant shall notify the Court and defendant's counsel of any change of address;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; report to the USM Office in Fresno for processing by no later than 11/21/2026 before 4:00 pm;

(3) The defendant shall abstain from the excessive use of alcohol;

(4) The defendant shall stay away from the victim in this case, M.R. and from her residence and place of employment. You must also not have contact with the victim, either directly or indirectly, including via email, social media, phone, text, or through a third party. You must not enter Yosemite National Park unless to attend court hearings in your case or retrieve your property, must contact the rangers to arrange;

(5) The defendant must appear at:   U.S. District Court, 9004 Castle Cliff Court, Yosemite, CA
                                                                                            *Place*

Before Magistrate Judge Helena Barch-Kuchta

on      12/22/2025 and 2/3/2026 at 10:00 AM
                                    *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____             _____
                                                           *Defendant's signature*

Date: 12/10/2025

*[signature: Helena M. Barch-Kuchta]*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.  Case 6:25-cr-00005-HBK   Document 6   Filed 12/11/25   Page 2 of 2